UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

| | | |
|---|---|---|
| In re: JAMES I. DONALD, | ) | Case No. 5:11 1330 RNO |
| MARLA M. DONALD | ) | |
| Debtors | ) | |
| | ) | Chapter 13 |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, upon consideration of the within Motion to Sever, it is hereby ORDERED, that the Debtors, James I. Donald and Marla M. Donald be separated as Debtors under Case Number 11-01330.

IT IS FURTHER ORDERED, that the Clerk of the Bankruptcy Court issue a new case number to JAMES I. DONALD and proceed accordingly.

IT IS FURTHER ORDERED, that

1. The chapter 13 trustee within 30 days of the date of this order shall file and transmit to the United States trustee a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(5); and

2. The debtor, JAMES I. DONALD within 15 days of the date of this order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1019(1)(A) and 1007(c), if such documents have not already been filed.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: October 23, 2014